**IT IS ORDERED as set forth below:**



Date: **December 5, 2022**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In the matter of: ) | |
| **ERICH J. WILLIAMS** ) | Chapter 13 |
| ) | Case No. **20-40417-EJC** |
| Debtor ) | |

### ORDER ON MOTION FOR LEAVE TO SELL

The above named Debtor's motion to allow the sale of his property located at 102 Rogers Drive, Rincon, Georgia, 31326, having been read and considered;

**IT IS HEREBY ORDERED** that the motion be granted and the Debtor is allowed to sell his property for $170,000.00 located at 102 Rogers Drive, Rincon, Georgia, 31326 to AmSon Group, LLC, who is a disinterested party in this bankruptcy case and distribute the proceeds as follows:

A. A closing statement shall be provided to the Chapter 13 Trustee for review and approval prior to closing.

B. Pay all liens, judgments or other encumbrances of record.

C. Pay all ordinary, necessary & reasonable closing costs.

D. The balance, after payment of all sums, shall be remitted to the Chapter 13 Trustee, who shall pay Debtor any exempt proceeds and administer the balance, if any.

[END OF DOCUMENT]

(Signature of next page)

ERICH J. WILLIAMS
CHAPTER 13 CASE NO. 20-40417-EJC
ORDER ON MOTION FOR LEAVE TO SELL

Prepared by:

/s/ Barbara B. Braziel
Barbara B. Braziel
Attorney for Debtor
130 Canal Street, Suite 602
Pooler, GA 31322
912-351-9000
Georgia Bar No. 078775

No Opposition:

*Lynn Carroll* (signature)

Lynn Carroll, Staff Attorney
Office of the Chapter 13 Trustee
Georgia Bar No. 460365

Lynn Carroll
For the Chapter 13 Trustee
Georgia Bar Number 460365